I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ *Petitioner*
~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: _____10.24.13_____

DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 2 4 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DeJURNETT, ) | Case No. CV 13-0431-R (JPR) |
| Petitioner, ) | |
| ) | **J U D G M E N T** |
| vs. ) | |
| ) | |
| A.M. GONZALES, Acting ) | |
| Warden, ) | |
| ) | |
| Respondent. ) | |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: Oct. 24, 2013

_____
MANUEL REAL
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 2 4 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY